IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**HHS ENVIRONMENTAL SERVICES, LLC**                                                                    **PLAINTIFF**

**V.**                                                     **NO. 1:18-CV-86-DMB-DAS**

**AMORY REGIONAL MEDICAL CENTER, INC.**                                                     **DEFENDANT**

## ORDER OF RECUSAL

This case was assigned to United States District Judge Debra M. Brown on June 7, 2018. Judge Brown, on her own motion, **RECUSES** herself from this case. The Clerk of the Court is directed to transfer and re-assign this case to another district court judge.

**SO ORDERED**, this 24th day of July, 2018.

                                                                      **/s/Debra M. Brown**
                                                                      **UNITED STATES DISTRICT JUDGE**